# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07cv11304

STATE OF NEW YORK    UNITED STATES DISTRICT COURT

Purchased/Filed: December 17, 2007

SOUTHERN DISTRICT

Tong M. Chen, et al    Plaintiff

against

Mark NG a.k.a. Kwok Fai NG., et al    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on March 13, 2008, at 2:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint

on B.H. Facility Construction Corp., the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 38   Approx. Wt: 145   Approx. Ht: 5'5"
Color of skin: White   Hair color: Blonde   Sex: F   Other:

Sworn to before me on this

13th day of March, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0802580

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179

**SERVICO**

P.O. Box 871, Albany, New York 12201

*"EVERY SERVICE REQUIRED IN ALBANY"*

FIRST CLASS MAIL


